THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Successor Trustee under a Deed of Trust, Respondent, *v.* CHICAGO TITLE AND TRUST COMPANY, as Executor of EDITH R. McCORMICK, Deceased, et al., Appellants, and FOWLER McCORMICK et al., Respondents, Impleaded with Others.

(Argued April 28, 1936; decided May 19, 1936.)

*John W. Davis, Otis T. Bradley, Edward J. Willi, Cecil L. Head* and *Thomas G. Chamberlain* for Muriel McC. Hubbard, appellant.

*Martin Taylor* and *Joseph F. Hunter* for Chicago Title and Trust Company, as executor of Edith R. McCormick, deceased, appellant.

*Edwin A. Falk, Henry Gale* and *Samuel E. Hirsch* for Maurice B. Rissman et al., as cotrustees, et al., appellants.

*Harrison Tweed, John E. Mack, Eugene Congleton, Chauncey Belknap, Wilber Stammler* and *Thomas M. Debevoise* for respondents.

Judgment affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the fund. We do not pass upon the question as to whether the agreement entered into between Mrs. McCormick, her father and the trustee had the effect of modifying the power of appointment contained in the trust agreement. No opinion. (See 271 N. Y. 659.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, CROUCH, LOUGHRAN and FINCH, JJ. HUBBS, J., taking no part.